IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT W. CYR,

      Appellant,

 v.
                                            Case No.  5D21-772
                                            LT Case No. 2010-CF-2180

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 12, 2022

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Jason T. Forman, of Law Offices of Jason T.
Forman, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and TRAVER, JJ., concur.